

U.S. Department of Justice

*Andrew E. Lelling*
United States Attorney
District of Massachusetts

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

May 28, 2019

FILED VIA ECF WITHOUT ENCLOSURES

VIA FEDERAL EXPRESS AND ELECTRONIC MAIL

Marissa Elkins, Esq.
Elkins, Auer, Rudof, & Schiff
31 Trumbull Rd., Suite B
Northampton, MA 01060

Oscar Cruz, Jr., Esq.
Federal Public Defender Office
District of Massachusetts
51 Sleeper Street, 5th Floor
Boston, MA 02210

Re:   *United States v. Hilda Griffin and Daquan Harris*,
      Criminal No. 3:19-cr-30013-MGM

Dear Counsel:

Please find enclosed the grand jury transcript and exhibits in the above-captioned case labeled with Bates numbers USA 0775 through USA 0949.

Please call the undersigned Assistant U.S. Attorney at 413-785-0269 if you have any questions.

Very truly yours,

ANDREW E. LELLING
United States Attorney

By:   */s/ Christopher L. Morgan*
      Christopher L. Morgan
      Assistant U.S. Attorney

Enclosures

Cc:    Melissa Calderon
       Clerk to the Honorable Katherine A. Robertson
       (w/o enclosures)