UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

HILDA GRIFFIN,
    Defendant

Crim. No. 3:19-CR-30013-MGM

## MOTION TO FILE EXHIBITS UNDER SEAL

Comes now the defendant and moves this Honorable Court allow her to file exhibits referenced in her <u>Sentencing Memorandum</u> under seal. In support of this motion, the defendant states that the exhibits contain privileged and confidential mental health records.

/s/Marissa Elkins
Marissa Elkins, Esquire, BBO#668840
31 Trumbull Rd. Suite B
Northampton, MA 01060
melkins@elkinslawllc.com
(413) 341-2131

<u>Certificate of Service</u>
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June28, 2023.

/s/Marissa Elkins