IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 19-CR-30013-MGM-2 |
| ) | |
| DAQUAN HARRIS, ) | |
| ) | |
| Defendant ) | |

**[PROPOSED] ORDER OF EXCLUDABLE DELAY**

KATHERINE A. ROBERTSON, U.S. MAGISTRATE JUDGE:

The government has made a motion for an order of excludable delay, and Defendant Daquan Harris assents to the government's motion. The Court finds that the time from September 29, 2023, the date of Defendant Daquan Harris' initial appearance, until the date of the pretrial conference, is excludable from the calculation of the time within which the trial must begin pursuant to the Speedy Trial Act.

The Court finds this period excludable on the ground that the ends of justice served by granting the continuances outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule 112.2.  This exclusion serves the "ends of justice" within the meaning of 18 U.S.C. 3161(h)(7)(A) as it allowed the defendant time to review the produced discovery and to contemplate how he wishes to proceed, as well as for the defendant and the government to discuss the possible resolution of this matter without trial.

_____
KATHERINE A. ROBERTSON
U.S. MAGISTRATE JUDGE

Dated: _____