UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HILDA GRIFFIN,<br><br>　　Defendant. | Case No. 3:19-cr-30013-1-MGM |

**UNITED STATES' MOTION FOR ORDER AMENDING
JUDGMENT TO INCLUDE RESTITUTION VICTIM PAYEE INFORMATION**

The United States files motion to amend the judgment where $26,970 in restitution was ordered but restitution victim payee information was omitted.

## BACKGROUND

On June 30, 2023, the United States District Court entered judgment against Hilda Griffin (the "Defendant") for one count of False Representations to the Social Security Administration. Dkt. No. 174. The judgment provided that the Defendant pay a $25 special assessment and restitution in the amount of $26,970.30. Restitution victim information was omitted.

The correct restitution victim is the Social Security Administration, which should be now added to the judgment.

WHEREFORE, the United States respectfully requests that the Court enter an order amending the judgment to include the Social Security Administration as restitution victim.

The undersigned attempted to contact defense counsel for their assent to the relief requested but has not heard back to date.

                    Respectfully submitted,

                    JOSHUA S. LEVY
                    Acting United States Attorney

By:   /s/ *Brendan T. Mockler*
       BRENDAN T. MOCKLER
       Assistant United States Attorney
       One Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3242
       Brendan.Mockler@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing document was filed through the ECF system and electronically served on any registered participants.

Date:  March 6, 2024          /s/ *Brendan T. Mockler*
                                              BRENDAN T. MOCKLER